## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Brenda Locklear | : | Chapter 13 |
| | : | |
| | : | Bankruptcy No. 15-18336 |
| Debtor. | : | Adversary Pro.: 16-00191 |

## CERTIFICATION OF NO OBJECTION OR RESPONSE

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Notice of filing of an Application for Allowance of Counsel Fees and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection, responsive pleading or request for hearing. Counsel requests entry of an Order granting the said Application.

Date: September 22, 2016

Respectfully submitted,
BY:_/s/ *Jay S. Lowenthal*

Jay S. Lowenthal, Esquire
Lowenthal Law, LLC
385 Kings Highway N.
Cherry Hill, NJ 08034
(856) 845-7060 Phone
(888) 329-1808 Fax