IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRENDA LOCKLEAR | : | NO. 15-11644 |
| | : | ADVERDARY PROCEEDING.: 16-191 |
| | : | |
| DEBTOR | : | CHAPTER 13 |

## **ORDER**

AND NOW, this _____23rd_____ day of ____September____, 2016, upon consideration of

JAY S. LOWENTHAL, ESQUIRE, counsel for the above-captioned Debtor, for Approval of

Counsel Fees in the sum of $3,500.00, and no objections or responsive pleading thereto having

been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of

$2,250.00 shall be paid by the Trustee from available funds pursuant to the plan.

By the Court:

_____

Judge Stephen Raslavich