United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brenda Locklear  
       Debtor

Case No. 15-18336-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 23, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.  
db          +Brenda Locklear,    1026 Ash Road,    Sharon Hill, PA 19079-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JAY S. LOWENTHAL    on behalf of Plaintiff Brenda  Locklear jay@lowenthal-law.com,    route295@gmail.com  
         JAY S. LOWENTHAL    on behalf of Debtor Brenda  Locklear jay@lowenthal-law.com,    route295@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor  M&T Bank bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BRENDA LOCKLEAR        :    NO. 15-11644
                              :    ADVERDARY PROCEEDING.: 16-191
                              :
       DEBTOR                 :    CHAPTER 13

## ORDER

AND NOW, this 23rd day of September, 2016, upon consideration of JAY S. LOWENTHAL, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,500.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED. The amount of $2,250.00 shall be paid by the Trustee from available funds pursuant to the plan.

By the Court:

_____
Judge Stephen Raslavich