## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| **Brenda Locklear** | : | **CHAPTER 13** |
| | : | |
| Debtor. | : | Case No. 15-18336-(JKF) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Brenda Locklear.

                              Respectfully submitted,

Date: August 30, 2019                BY: */s/ Stephen M. Dunne*
                                          Stephen M. Dunne, Esquire
                                          Dunne Law Offices, P.C.
                                          1515 Market Street, Suite. 1200
                                          Philadelphia, PA 19102
                                          (215) 551-7109 Phone
                                          (215) 525-9721 Fax