# UNITED STATES BANKRUPTCY COURT

**EASTERN**     **District of**     **PENNSYLVANIA**

IN RE:

BRENDA LOCKLEAR

Debtor

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 15-18336 JKF

Notice is hereby given that, subject to approval by the court, **BRENDA LOCKLEAR** substitutes
(Party (s) Name)

**STEPHEN M. DUNNE, ESQUIRE**, State Bar No. **208838** as counsel of record in
(Name of New Attorney)

place of **JAY S. LOWENTHAL, ESQUIRE** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Dunne Law Offices, P.C. |
| Address: | 1515 Market Street, Suite 1200, Philadelphia, PA 19102 |
| Telephone: | (215) 551-7109    Facsimile    (215) 525-9721 |
| E-Mail (Optional): | Stephen Dunne <stephen@dunnelawoffices.com> |

I consent to the above substitution.                                    Brenda Locklear
Date:     9/3/2019                                                       /s/ Brenda Locklear
                                                                         (Signature of Party (s))

I consent to being substituted.                                         Jay S. Lowenthal
Date:     9/3/2019                                                       /s/ Jay S. Lowenthal
                                                                         (Signature of Former Attorney (s))

I consent to the above substitution.                                    Stephen M. Dunne
Date:     9/3/2019                                                       /s/ Stephen M. Dunne
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                    

                                                                         Judge