# UNITED STATES BANKRUPTCY COURT

__EASTERN__     **District of**     __PENNSYLVANIA__

IN RE:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

BRENDA LOCKLEAR

**CASE NUMBER:** 15-18336 JKF

Debtor

Notice is hereby given that, subject to approval by the court, __BRENDA LOCKLEAR__ substitutes
(Party (s) Name)

__STEPHEN M. DUNNE, ESQUIRE__, State Bar No. __208838__ as counsel of record in
(Name of New Attorney)

place of __JAY S. LOWENTHAL, ESQUIRE__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dunne Law Offices, P.C.
Address: 1515 Market Street, Suite 1200, Philadelphia, PA 19102
Telephone: (215) 551-7109    Facsimile (215) 525-9721
E-Mail (Optional): Stephen Dunne <stephen@dunnelawoffices.com>

I consent to the above substitution.            Brenda Locklear
Date: 9/3/2019                                  /s/ Brenda Locklear
                                                (Signature of Party (s))

I consent to being substituted.                 Jay S. Lowenthal
Date: 9/3/2019                                  /s/ Jay S. Lowenthal
                                                (Signature of Former Attorney (s))

I consent to the above substitution.            Stephen M. Dunne
Date: 9/3/2019                                  /s/ Stephen M. Dunne
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge