United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18336-jkf
Brenda Locklear                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1            Date Rcvd: Sep 03, 2019
                                Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db             +Brenda Locklear,    1026 Ash Road,    Sharon Hill, PA 19079-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                      Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              JAY S. LOWENTHAL    on behalf of Plaintiff Brenda  Locklear jay@lowenthal-law.com,
               route295@gmail.com
              JAY S. LOWENTHAL    on behalf of Debtor Brenda  Locklear jay@lowenthal-law.com,  route295@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Brenda  Locklear bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12

# UNITED STATES BANKRUPTCY COURT

__EASTERN__  **District of** __PENNSYLVANIA__

IN RE:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

BRENDA LOCKLEAR

CASE NUMBER: __15-18336 JKF__

Debtor

Notice is hereby given that, subject to approval by the court, __BRENDA LOCKLEAR__ substitutes
(Party (s) Name)

__STEPHEN M. DUNNE, ESQUIRE__ , State Bar No. __208838__ as counsel of record in
(Name of New Attorney)

place of __JAY S. LOWENTHAL, ESQUIRE__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Dunne Law Offices, P.C. |
| Address: | 1515 Market Street, Suite 1200, Philadelphia, PA 19102 |
| Telephone: | (215) 551-7109      Facsimile   (215) 525-9721 |
| E-Mail (Optional): | Stephen Dunne <stephen@dunnelawoffices.com> |

I consent to the above substitution.            Brenda Locklear

Date:   9/3/2019                                /s/ Brenda Locklear
                                                (Signature of Party (s))

I consent to being substituted.                 Jay S. Lowenthal

Date:   9/3/2019                                /s/ Jay S. Lowenthal
                                                (Signature of Former Attorney (s))

I consent to the above substitution.            Stephen M. Dunne

Date:   9/3/2019                                /s/ Stephen M. Dunne
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

**Date: September 3, 2019**

Date:                                           Judge