| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-18336-AMC

BRENDA LOCKLEAR
1026 ASH ROAD
SHARON HILL  PA    19079

Petition Filed Date: 11/19/2015
341 Hearing Date: 02/26/2016
Confirmation Date: 08/31/2016

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $299.69 | 17872261534 | 02/15/2019 | $299.69 | 17865489023 | 03/18/2019 | $299.69 | 17865488673 |
| 04/23/2019 | $299.69 | 17865490907 | 05/20/2019 | $299.69 | 17865492045 | 06/24/2019 | $299.69 | 17969317390 |
| 07/22/2019 | $299.69 | 17753854146 | 08/16/2019 | $299.69 | 17969317628 | 09/20/2019 | $299.69 | 17982253517 |
| 10/23/2019 | $299.69 | 17982253792 | 11/22/2019 | $299.69 | 17943010268 | 12/30/2019 | $299.69 | 19038812056 |
| 01/31/2020 | $299.69 | 19069142081 | 02/28/2020 | $299.69 | 19049421305 | 04/03/2020 | $299.69 | 19078690398 |
| 05/01/2020 | $299.69 | 19096207806 | 06/11/2020 | $299.69 | 19107605038 | 07/07/2020 | $299.69 | 19121225773 |
| 08/05/2020 | $299.69 | 19131224920 | | | | | | |

**Total Receipts for the Period: $5,694.11    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,787.91**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  003 | Unsecured Creditors | $705.38 | $0.00 | $705.38 |
| 1 | US DEPT OF HUD<br>»»  001 | Unsecured Creditors | $12,613.67 | $0.00 | $12,613.67 |
| 2 | M&T BANK<br>»»  002 | Mortgage Arrears | $13,520.18 | $12,810.94 | $709.24 |
| 4 | JAY S LOWENTHAL ESQ<br>»»  004 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

**Chapter 13 Case No. 15-18336-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,787.91 | Current Monthly Payment: | $299.69 |
| Paid to Claims: | $15,060.94 | Arrearages: | ($5.27) |
| Paid to Trustee: | $1,457.25 | Total Plan Base: | $17,981.40 |
| Funds on Hand: | $269.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.