5/25/21

Clerk, U.S. Bankruptcy Court
Attn: Fiscal Department
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

MAY 28 2021

Re: Brenda Locklear
Bankruptcy No. 15-18336-AMC
Unclaimed Funds/Consent to Release

All:

A Trustee check number 1721581 in the Amount of $259.31 payable to the Clerk, US Bankruptcy Court, representing the funds remaining in the Trustee's account.

Please advise if and when these funds can be returned to Brenda Locklear. Proof of identity attached. This is for release of funds $259.31.

Brenda Locklear