*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brenda Locklear
    Debtor(s)

Case No: 15−18336−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

Letter/Motion for Return of Unclaimed Funds in the Amount of: $259.31 Filed by Brenda Locklear Represented by Self(Counsel).

Parties are to:
Dial: 877−873−8017
Access Code: 3027681#

on: 7/14/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  6/10/21

Timothy B. McGrath
Clerk of Court