United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18336-amc |
| Brenda Locklear | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: 167 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Locklear, 1026 Ash Road, Sharon Hill, PA 19079-1801 |
| 13635353 | | Citizens Bank, Attn: Mercantile Adjustment, LLC, PO Box 9016, Buffalo, NY 14231-9016 |
| 13635357 | + | Court of Common Pleas, Delaware County Prothonotory, 210 W. Front Street, Media, PA 19063-3147 |
| 13635358 | + | KML Law Group, PC, Cristina Lynn Connor, Esquire, Suite 5000, BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 13635359 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 13635364 | | Sprint Wireless, Attn: Harvard Collection Service, 4839 N. Elston Avenue, Chicago, IL 60630-2534 |
| 13635365 | + | Unifund CCR Partners, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13694762 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 02:07:37 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13635355 | + | Email/Text: documentfiling@lciinc.com | Jun 11 2021 02:18:00 | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 13635354 | | Email/Text: documentfiling@lciinc.com | Jun 11 2021 02:18:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 13635356 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 02:18:00 | Comenity Bank, Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 13635361 | | Email/Text: camanagement@mtb.com | Jun 11 2021 02:18:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 13635360 | | Email/Text: camanagement@mtb.com | Jun 11 2021 02:18:00 | M&T Bank, Attn: Cbd Team, PO Box 900, Millsboro, DE 19966-0900 |
| 13635362 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2021 02:18:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, San Diego, CA 92108-2709 |
| 13635363 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 02:08:48 | Portfolio Recovery Associates, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502-4952 |
| 13637989 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 11 2021 02:06:04 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13635366 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2021 02:18:00 | Verizon, 500 Technology Dr., Suite 300, Weldon Spring, MO 63304-2225 |
| 13635367 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 11 2021 02:18:00 | Verizon, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 167 | Total Noticed: 18 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JAY S. LOWENTHAL | on behalf of Plaintiff Brenda Locklear jay@lowenthal-law.com route295@gmail.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Brenda Locklear bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brenda Locklear
    Debtor(s)

Case No: 15−18336−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

Letter/Motion for Return of Unclaimed Funds in the Amount of: $259.31 Filed by Brenda Locklear Represented by Self(Counsel).

Parties are to:
Dial: 877−873−8017
Access Code: 3027681#

on: 7/14/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  6/10/21

Timothy B. McGrath
Clerk of Court

64 − 61
Form 167