IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                  : CHAPTER 13

BRENDA LOCKLEAR

DEBTOR(S)                          : BANKRUPTCY No. 15-18336-AMC

## ORDER

AND Now, upon consideration of the Debtor's *Letter/Motion for Unclaimed Funds*, and following hearing held this day, it is hereby:

ORDERED, that the Motion be and hereby is granted; the Clerk of the Bankruptcy Court is hereby authorized and directed to issue a check for the unclaimed funds in the amount of Two Hundred, Fifty-Nine Dollars and Thirty-One Center ($259.31) payable to Brenda Locklear, 1026 Ash Road, Sharon Hill, PA 19079.

By the Court:

*[signature]*

**Date: July 14, 2021**

ASHELY M. CHAN
United States Bankruptcy Judge