United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18336-amc |
| Brenda Locklear | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

**Recip ID    Recipient Name and Address**
db             + Brenda Locklear, 1026 Ash Road, Sharon Hill, PA 19079-1801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

**Name                              Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

JAY S. LOWENTHAL
    on behalf of Plaintiff Brenda Locklear jay@lowenthal-law.com  route295@gmail.com

JOSHUA I. GOLDMAN
    on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 14, 2021 Form ID: pdf900 Total Noticed: 1

POLLY A. LANGDON
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
        on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
        on behalf of Debtor Brenda Locklear bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

THOMAS I. PULEO
        on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                        : CHAPTER 13

BRENDA LOCKLEAR

              DEBTOR(S)              : BANKRUPTCY No. 15-18336-AMC

## ORDER

**AND Now,** upon consideration of the Debtor's *Letter/Motion for Unclaimed Funds*, and following hearing held this day, it is hereby:

**ORDERED,** that the Motion be and hereby is granted; the Clerk of the Bankruptcy Court is hereby authorized and directed to issue a check for the unclaimed funds in the amount of Two Hundred, Fifty-Nine Dollars and Thirty-One Center ($259.31) payable to Brenda Locklear, 1026 Ash Road, Sharon Hill, PA 19079.

By the Court:

**Date: July 14, 2021**

ASHELY M. CHAN
United States Bankruptcy Judge